UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS,<br><br>        Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE, and SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendants. | CA No.: 1:25-CV-11949-IT |

**DEFENDANTS' ASSENTED-TO MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including defendant the Social Security Administration. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Social Security Administration are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the Social Security Administration's Answer or Motion to Dismiss the complaint in this case until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.     Opposing counsel has authorized counsel for the Government to state that they assent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the Social Security Administration's Answer or Motion to Dismiss this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 6, 2025        By:        */s/ Shawna Yen*
Shawna Yen
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov
*Counsel for Social Security Administration*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Shawna Yen, Assistant United States Attorney certify that, I emailed Petitioner's counsel on October 6, 2025, seeking their position on this Motion. Petitioner's counsel assents to this Motion.

Dated: October 6, 2025			By:	*/s/ Shawna Yen*
					Shawna Yen
					Assistant U.S. Attorney
					U.S. Attorney's Office
					1 Courthouse Way, Suite 9200
					Boston, MA  02210
					Tel.: 617-748-3100
					Email: Shawna.Yen@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  October 6, 2025			By:	*/s/ Shawna Yen*
					SHAWNA YEN
					Assistant United States Attorney