# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS,<br><br>          Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE, and SOCIAL SECURITY ADMINISTRATION,<br><br>          Defendants. | CA No.: 1:25-CV-11949-IT |

## PARTIES' JOINT STATUS REPORT AND PROPOSED JOINT SCHEDULE

The parties respectfully submit this Joint Status Report and Proposed Joint Schedule in the above-captioned matter. In support, the parties state as follows:

1. On October 7, 2025, the Court granted Defendants' Assented-To Motion to Stay this matter given the lapse in appropriations.

2. On November 14, 2025, Defendant filed a Notice of Restoration of Appropriations with the Court.  (ECF Doc. 21).

3. The parties now propose the following joint schedule:

    a. Defendant Social Security Administration will file an Answer or other Response to the Complaint by November 21, 2025.

    b. Defendant Internal Revenue Service will file an Answer or other Response to the Complaint by January 15, 2026.

WHEREFORE, the parties request that the Court allow Defendant Social Security Administration to file its response to the Complaint by November 21, 2025, and Defendant Internal Revenue Service to file its response to the Complaint by January 15, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 18, 2025    By:    */s/ Shawna Yen*
Shawna Yen
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov
*Counsel for Social Security Administration*

By:    */s/ Robert J. Atras*
Robert J. Atras
Trial Attorney
U.S. Department of Justice, Tax Division
Tel.: (202) 598-3738
Email: Robert.J.Atras@usdoj.gov
*Counsel for Internal Revenue Service*

By:    */s/ Joshua Rosenthal*
Joshua Rosenthal
Asian Law Caucus
55 Columbus Avenue
San Francisco, CA
Tel.: (628) 345-5628
Email: joshr@asianlawcaucus.org
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 18, 2025        By:    */s/ Shawna Yen*
                                                            SHAWNA YEN
                                                            Assistant United States Attorney