UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS,<br><br>　　　　　Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE, and SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendants. | CA No.: 1:25-CV-11949-IT |

**DEFENDANT SSA's MOTION TO DISMISS THE COMPLAINT
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

　　Defendant, Social Security Administration ("SSA"), by and through undersigned counsel, respectfully moves to dismiss the Complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) or, alternatively, for summary judgment in favor of SSA under Federal Rule of Civil Procedure 56(a).

　　SSA has already responded to the Plaintiff's request for documents under the Freedom of Information Act. Accordingly, the Complaint is moot, and this Court should dismiss the Complaint under Rule 12(b)(1). Alternatively, because SSA has shown that it has already responded to Plaintiff's request for documents, the Court should grant summary judgment in SSA's favor under Rule 56(a).

In support of this Motion, SSA respectfully refers the Court to its Memorandum of Law, filed herewith.

          Respectfully submitted,

          LEAH B. FOLEY
          United States Attorney

Dated: November 21, 2025    By:    */s/ Shawna Yen*
          Shawna Yen
          Assistant U.S. Attorney
          U.S. Attorney's Office
          John J. Moakley U.S. Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA  02210
          Tel.: 617-748-3100
          Email: Shawna.Yen@usdoj.gov
          *Counsel for Social Security Administration*

## 7.1 CERTIFICATION

I, Shawna Yen, hereby certify that I emailed Plaintiff's counsel on September 23, 2025, in an attempt to narrow the issues for review.  The parties have not been able to narrow the issues.

Dated:  November 21, 2025        */s/  Shawna Yen*
          SHAWNA YEN
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  November 21, 2025        */s/ Shawna Yen*
          SHAWNA YEN
          Assistant United States Attorney