UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No.: 1:25-CV-11949 |

### PLAINTIFF CEDC's CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Community Economic Development Center of Southeastern Massachusetts ("CEDC"), by and through undersigned counsel, respectfully cross-moves for partial summary judgment, pursuant to Fed. R. Civ. P. 56(a). In support of this motion, and in opposition to the Defendant's pending Motion to Dismiss or, in the Alternative, for Summary Judgment, Plaintiff respectfully refers the Court to the accompanying Memorandum.

Respectfully submitted,

Dated: December 5, 2025        By:    /s/ Joshua Rosenthal
              Joshua Rosenthal *(Admitted Pro Hac Vice)*
              ASIAN LAW CAUCUS
              55 Columbus Ave
              San Francisco, CA 94111
              Telephone: (415) 896-1701
              Facsimile: (415) 896-1702
              Email: joshr@asianlawcaucus.org

              /s/ Luz Arevalo
              /s/ Angela Divaris
              Luz Arevalo
              Angela Divaris

1

                                        Greater Boston Legal Services
                                        197 Friend Street
                                        Boston, MA 02114
                                        617/603-1569
                                        larevalo@gbls.org

*Counsel for Plaintiff Community Economic Development Center of Southeastern Massachusetts*

## **RULE 7.1 CERTIFICATION**

  I, Joshua Rosenthal, hereby certify that I have emailed Shawna Yen several times, including most recently on December 5, 2025, in an attempt to the narrow the issues for review. The parties remain unable to narrow the issues.

                /s/ Joshua Rosenthal
                Joshua Rosenthal


## **CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                /s/ Joshua Rosenthal
                Joshua Rosenthal