# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS,<br><br>       Plaintiff,<br>v.<br><br>INTERNAL REVENUE SERVICE and SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendants. | CA No.: 1:25-CV-11949-IT |

## INTERNAL REVENUE SERVICE'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant the Internal Revenue Service (the "***Service***"), with the consent of Plaintiff, respectfully moves this Court for a 45-day extension of its time to respond to the complaint. In support, the Service states as follows:

1. On July 9, 2024, Plaintiff filed this Freedom of Information Act ("***FOIA***") suit against the Service and the Social Security Administration. (ECF No. 1.)

2. On August 14, 2025, the Service transmitted to Plaintiff all records responsive to its FOIA request to the Service.

3. Plaintiff agrees that the Service has satisfied its obligations under the FOIA; however, Plaintiff may seek attorneys' fees and costs from Defendants.

4. The Service and Plaintiff are currently in discussions about Plaintiff's request for fees and costs.

5. The Service's deadline to respond to Plaintiff's complaint is currently January 15, 2026. (ECF No. 23.)

6. Good cause exists for this extension because the merits of Plaintiff's claim against

the Service have been resolved and there is potential for resolution of the sole remaining issue between those parties without wasting judicial resources.

7. Further, resolution of this suit will not be delayed as Plaintiff and the Social Security Administration have cross-motions for summary judgment currently pending.

8. This motion is made in good faith and not for purposes of delay.

9. Plaintiff consents to this motion—no party will be prejudiced by the extension.

**WHEREFORE**, the Service respectfully requests that its deadline to respond to Plaintiff's complaint be extended by forty-five days to March 2, 2026.

Dated: January 13, 2026                                     Respectfully submitted,

                                                            BRETT A. SHUMATE
                                                            Assistant Attorney General

                                                            JOSHUA WU
                                                            Deputy Assistant Attorney General,
                                                            Tax Litigation Branch

                                                    By:     /s/ Robert J. Atras
                                                            ROBERT J. ATRAS
                                                            Trial Attorney
                                                            U.S. Department of Justice, Civil Division
                                                            P.O. Box 227, Washington, D.C. 20044
                                                            Tel.: (202) 598-3738
                                                            Email: Robert.J.Atras@usdoj.gov
                                                            *Counsel for Internal Revenue Service*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  January 13, 2026            By:     */s/ Robert J. Atras*
                                                                          Robert J. Atras
                                                                          Trial Attorney
                                                                          U.S. Department of Justice